**Order entered November 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00480-CV

## IN THE INTEREST OF B.Q.T., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-07404-S**

## ORDER

We **DENY** appellant's November 14, 2014 motion for reconsideration of our order granting appellee Thuy Nhu Nguyen's first motion for an extension of time to file a brief. On the Court's own motion, any reply brief to appellee Thuy Nhu Nguyen's brief shall be due twenty days after the brief is filed.

/s/     ELIZABETH LANG-MIERS
         JUSTICE